**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-71-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **NIKKI DEANN GRAHAM,** | |
| **Defendant.** | |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the forfeiture allegation with respect to the HS Produkt (Importer:  Springfield, Inc.), model XD-S, .40 S&W caliber semi-automatic pistol (serial number S3507553) is DISMISSED.

IT IS FURTHER ORDERED that the United States may now return the above listed firearm to its registered owner, who is not a party in this case.

DATED this 26th day of March, 2019.

Brian Morris
United States District Court Judge